# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __5__

Ward

-v-

Conway

U.S.C.A. # _____

U.S.D.C. # 07-cv-9766

JUDGE: KMW

DATE: DEC. 19, 2007

*U.S. DISTRICT COURT FILED DEC 19 2007*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES

DOCUMENT DESCRIPTION                                      DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

Document #1 already in USCA on Transfer Order.

(✓) Original Record                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 19th Day of December, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------         U.S.C.A. # _____
                                             U.S.D.C. # 07cv-9766
          Ward
           -v-                               JUDGE:  KMW
         Conway
                                             DATE:   DEC. 19, 2007
------------------------------------
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __2__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

Document #1 already in USCA on Transfer Order.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _19th_ Day of _December_ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
           Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09766-KMW
### Internal Use Only

Ward v. Conway
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Keith Ward.(laq) (Entered: 11/14/2007) |
| 11/05/2007 |   | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 11/14/2007) |
| 11/05/2007 | 2 | TRANSFER ORDER (E.D.N.Y.) Since a substantial part of the events or omissions giving rise to this claim allegedly occurred in the Eastern District of N.Y., the action should be and hereby is transferred to the U.S.D.C. for the Eastern District of New York, pursuant to Local Rule 83.3 of this Court. The Clerk of this Court shall file and docket the petition and shall transfer this case to the United States District Court for the Eastern District of New York. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. Sent original file along certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4869 9216 on 11/5/07. (Signed by Judge Kimba M. Wood on 11/5/07) (laq) (Entered: 11/14/2007) |
| 11/21/2007 | 4 | NOTICE OF APPEAL from 2 Transfer Order E.D.N.Y. (Petition). Document filed by Keith Ward. Copies mailed to attorney(s) of record: District Attorney, Queens County. (tp) (Entered: 12/14/2007) |
| 11/21/2007 |   | Appeal Remark as to 4 Notice of Appeal filed by Keith Ward. $455.00 APPEAL FEE DUE. IFP REVOKED 12/12/07. COA DENIED 12/12/07. (tp) (Entered: 12/14/2007) |
| 12/12/2007 | 3 | ORDER petitioner, proceeding pro se, bring the instant Notice of Appeal challenging this Court's November 5, 2007 order transferring his petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 to the United States District Court for Eastern District of New York. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. 2253. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/12/2007) (jmi) (Entered: 12/14/2007) |
| 12/14/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 12/14/2007) |
| 12/14/2007 |   | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 12/14/2007) |